# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARMEN JOHN PERRI, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:19-CV-07592-CAS(PLAx) |
| v. | |
| CHANG KYUN LIM; ET AL., | ORDER RETURNING CASE FOR REASSIGNMENT |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03.

September 4, 2019  
Date

*Christina A. Snyder*  
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge  Philip S. Gutierrez  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials  PSG  after the case number in place of the initials of the prior judge so that the case number will read  2:19-cv-07592 PSG(PLAx) . This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk