1 | JEEHO H. LIM, Esq. (Bar No. 297365)
2 | 3364 Senasac Ave.
  | Long Beach, CA  90808
3 | Telephone:  (562) 225-6029
4 | E-mail: jeeho.h.lim@gmail.com

5 | Attorney for Defendants CHANG K. LIM and KYUNG A. LIM

6 | MANNING LAW, APC
7 | JOSEPH R. MANNING, Esq. (Bar No. 223381)
  | CRAIG G. COTE, Esq. (Bar No. 132885)
8 | 20062 SW Birch St., Suite 200
9 | Newport Beach, CA 92660
  | Telephone:  (949) 200-8755
10 | E-mail: craicc@manninglawoffice.com

11 |
   | Attorneys for Plaintiff
12 | CARMEN JOHN PERRI

**UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA**

| CARMEN JOHN PERRI, an individual | Case No. 2:19-cv-07592-PSG-PLA |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| CHANG KYUN LIM and KYUNG AI LIM; and Does 1-10, | Complaint Served: September 24, 2019
Current Resp. Date: October 28, 2019
New Resp. Date: November 27, 2019 |
| Defendants. | |
| | Trial Date: TBA
Hon. Phillip S. Gutierrez |

Case No. 2:19-cv-07592-PSG-PLA

-1-

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

# STIPULATION AND REQUEST TO EXTEND TIME TO FILE AN ANSWER TO INITIAL COMPLAINT

Pursuant to Local Rule 8-3 and Fed. R. Civ. P. 6, Plaintiff CARMEN RICHARD PERRI, by and through his attorneys of record, and Defendants CHANG KYUN LIM and KYUNG AI LIM ("Defendants"), by and thorough their attorney of record, jointly stipulate to extend the time for Defendants to file an Answer to the initial complaint from October 28, 2019 to November 27, 2019.

IT IS SO STIPULATED

Dated:   October 25, 2019            **CONSUMER LEGAL SERVICES, P.C.**

By:   */s/   Jeeho Lim*
      JEEHO H. LIM
      Attorney for Defendants
      CHANG KYUN LIM and KYUNG AI LIM

Dated:   October 25, 2019            **MANNING LAW, APC**

By:   */s/   Craig Cote*
      Craig Cote
      Attorneys for Plaintiff
      CARMEN JOHN PERRI

Case No. 2:19-cv-07592-PSG-PLA

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that all signatories have reviewed this document and concur in this documents content, and that all signatories authorize the filing of this document.

By:   */s/ Jeeho Lim*

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Long Beach, CA; my business address is 3364 Senasac Ave., Long Beach, CA 90808.

On the date below, I served a copy of the foregoing document entitled:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

on the interested parties in said case as follows:

**Served Electronically**

**Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Long Beach, California on October 25, 2019.

*/s/ Jeeho Lim*
Jeeho H. Lim

Case No. 2:19-cv-07592-PSG-PLA

-3-

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**